UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ELMO GREEN, ET AL.** | : | **CIVIL ACTION NO. 2:16-v-0698** |
| **VERSUS** | : | **UNASSIGNED DISTR. JUDGE** |
| **LOWE'S HOME CENTERS, LLC, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 51] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 38] be **GRANTED** and that all claims against defendant Southeast Roofing & Construction, Inc. be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 7th day of September, 2018.

_____
**TERRY A DOUGHTY**
**UNITED STATES DISTRICT JUDGE**